# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155583 (9)

OCTAVIAN FLY,

     Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,

     Defendant.

_____

SC:  155583
AGC:  16-1616; 17-0471

On order of the Chief Justice, plaintiff's motion for reconsideration of the order of May 5, 2017 is denied because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2017

               Clerk

jam